

February 21, 2023

**NOTICE OF SUSPENSION FOR NON-PAYMENT OF FEES**

TO ALL JUDGES OF THE STATE, THE CLERK OF THE SUPREME COURT, THE GRIEVANCE ADMINISTRATOR OF THE ATTORNEY GRIEVANCE COMMISSION, AND THE EXECUTIVE DIRECTOR AND GENERAL COUNSEL OF THE ATTORNEY DISCIPLINE BOARD:

You are herewith advised that the following attorneys having failed to timely pay their State Bar fees, are, in accordance with Rule 4 of the Supreme Court Rules Concerning the State Bar of Michigan, suspended from active membership and are no longer entitled to practice law in this state as of **February 14, 2023**: (For the most current status of each attorney, see our member directory at www.michbar.org.)

| P79860 | Chelsea | Abend | Daytona Beach | FL |
|---|---|---|---|---|
| P73090 | Melissa | Ackerman | Buffalo Grove | IL |
| P82363 | Reylan | Acuna | Northville | MI |
| P10030 | Earl | Adamaszek | Mount Clemens | MI |
| P26061 | D. | Adams | Toledo | OH |
| P36121 | Stephen | Albery | Bloomfield Hills | MI |
| P35861 | David | Allmand | Tampa | FL |
| P79397 | Eric | Alvarez | Macon | GA |
| P82802 | Graham | Anderson | Troy | MI |
| P62517 | Julie | Anderson | Ferndale | MI |
| P39068 | Dean | Antilla | Kalamazoo | MI |
| P68705 | Christopher | Appie | Grand Rapids | MI |
| P70880 | Elizabeth | Arnkoff | Dallas | TX |
| P76622 | Jessica | Arsenault | Pittsburgh | PA |
| P24679 | John | Artz | Bonita Springs | FL |
| P10271 | Richard | Ashare | Grosse Pointe Woods | MI |
| P83759 | LeRoy | Ashley | Madison Heights | MI |
| P86125 | James | Audette | Oakland Township | MI |
| P77402 | Mohamed | Awan | Detroit | MI |
| P40356 | Donald | Baker | Troy | MI |
| P72645 | Jason | Baker | Rockford | MI |
| P79738 | Monica | Bansal | Sudbury | ON, Canada |
| P10436 | Richard | Barker | Midland | MI |
| P81796 | Kelley | Barnett | Bay Village | OH |

| | | | | |
|---|---|---|---|---|
| P65221 | Joshua | Barron | Troy | MI |
| P53022 | Raymond | Barry | Southfield | MI |
| P10535 | Keith | Bateman | Carol Stream | IL |
| P66686 | John | Bauman | San Francisco | CA |
| P77333 | Kurt | Baumgarten | Grosse Pointe Woods | MI |
| P72542 | Donna | Beasley-Gibson | Freeland | MI |
| P63055 | Mary | Beatty-Smith | Ferndale | MI |
| P40479 | Timothy | Beckett | Detroit | MI |
| P75943 | Brian | Beckwith | Traverse City | MI |
| P53639 | Stacie | Behler | Grand Rapids | MI |
| P10645 | Carl | Bekofske | Milford | MI |
| P79716 | Lucy | Benz-Rogers | Napa | CA |
| P25970 | Robert | Berg | Farmington Hills | MI |
| P66373 | Justin | Berger | Oak Brook | IL |
| P73063 | Jillian | Berger | West Bloomfield | MI |
| P61035 | Lorraine | Bertrand | Clinton Township | MI |
| P79298 | Demian | Betz | Charlotte | NC |
| P70766 | Khaled | Beydoun | Dearborn | MI |
| P49505 | Saumya | Bhavsar | Menlo Park | CA |
| P66369 | Jon | Bilstrom | Chicago | IL |
| P10807 | Don | Binkowski | Warren | MI |
| P73326 | Jamie | Bissell | Livonia | MI |
| P28881 | E. | Blanchard | Haslett | MI |
| P75114 | Bradley | Blandin | Toledo | OH |
| P66089 | Lisa | Blanton | Bay City | MI |
| P71749 | Ralph | Blasier | Escanaba | MI |
| P52745 | John | Blattner | Ann Arbor | MI |
| P10885 | Donald | Bleich | Saint Joseph | MI |
| P67507 | Danielle | Blondin | Chicago | IL |
| P26179 | Gerson | Bloom | Galveston | TX |
| P27213 | David | Bloss | Grand Rapids | MI |
| P64856 | Joshua | Bock | Dallas | TX |
| P69064 | Michael | Bohner | New York | NY |
| P55898 | Deric | Bomar | Oak Park | IL |
| P11027 | John | Bos | East Lansing | MI |
| P27253 | Gary | Bosco | Essexville | MI |
| P71126 | Cynthia | Bott | Ann Arbor | MI |
| P77268 | Brendan | Bouffard | Traverse City | MI |
| P11114 | Alexander | Bragdon | Troy | MI |
| P56386 | Kenyatta | Brame | Grand Rapids | MI |
| P82639 | Zane | Breithaupt | Traverse City | MI |
| P33023 | Leonard | Broberg | Missoula | MT |
| P38806 | Cary | Brooks | Rochester | MI |

| | | | | |
|---|---|---|---|---|
| P83439 | Christopher | Brown | San Diego | CA |
| P83596 | Samuel | Brown | Birmingham | MI |
| P34366 | Dale | Bruder | Visalia | CA |
| P72582 | Francis | Budde | Atlanta | GA |
| P55164 | David | Burns | Troy | MI |
| P11465 | George | Bush | Saginaw | MI |
| P45700 | Jeffrey | Butler | Okemos | MI |
| P28422 | Thomas | Bylenga | Ada | MI |
| P35186 | Patricia | Cade | Garden City | MI |
| P38733 | Judy | Calton | Bloomfield Hills | MI |
| P23806 | Bruce | Campbell | Toledo | OH |
| P29646 | Dennis | Carlson | Grandville | MI |
| P30061 | George | Carr | Lansing | MI |
| P11660 | Peter | Carras | Midland | MI |
| P34971 | Francisco | Carreira-Pitti | Miami | FL |
| P33180 | William | Chaklos | Novi | MI |
| P35423 | Nicholas | Chapekis | San Diego | CA |
| P85293 | Matthew | Chapin | Okemos | MI |
| P83804 | David | Christensen | Salt Lake City | UT |
| P33125 | Robert | Christians | Grand Rapids | MI |
| P11875 | Robert | Chrzanowski | Warren | MI |
| P43179 | Janet | Chrzanowski | Temperance | MI |
| P56245 | Guy | Clark | Westland | MI |
| P79054 | Rochelle | Clarke | Ann Arbor | MI |
| P56276 | Mojisola | Clement | Detroit | MI |
| P74326 | Lindsey | Cobbe | Madison | WI |
| P12020 | Lawrence | Cohen | Farmington Hills | MI |
| P44580 | Lois | Collins | Detroit | MI |
| P64742 | Amy | Colston | Corning | NY |
| P12126 | Patrick | Conlin | Chelsea | MI |
| P24853 | Terrance | Conlin | Fort Myers | FL |
| P79804 | Andrea | Connor | Bloomfield Hills | MI |
| P30565 | Donald | Cook | Rochester Hills | MI |
| P26142 | William | Coon | Troy | MI |
| P12238 | George | Corsetti | Detroit | MI |
| P12241 | Michael | Cory | Clinton Township | MI |
| P42158 | David | Costa | Bloomfield Hills | MI |
| P49286 | Kari | Costanza | New Hudson | MI |
| P25518 | J. | Cotton | Ann Arbor | MI |
| P49028 | Marianne | Couch | Ann Arbor | MI |
| P65700 | William | Courtright | Allen Park | MI |
| P64504 | Mark | Cronmiller | Harrison Township | MI |
| P83220 | Jaclyn | Culler | Birmingham | MI |

| | | | | |
|---|---|---|---|---|
| P45710 | Deborah | Cummings-Curran | Escanaba | MI |
| P43668 | Michael | Curran | Kingsville | ON, Canada |
| P12415 | Vito | Cusenza | Grosse Pointe Shores | MI |
| P38289 | Robert | Dawkins | Duluth | GA |
| P74610 | Peter | Deahl | Holly | MI |
| P81730 | Michael | Dean | Grand Rapids | MI |
| P41699 | Rhonda | Dean | West Bloomfield | MI |
| P59341 | Paul | DeCailly | Tampa | FL |
| P46631 | Lisa | Dedden Cooper | Lansing | MI |
| P12623 | Roccy | DeFrancesco | Naples | FL |
| P57918 | Matthew | Delezenne | Plymouth | MI |
| P12675 | Walter | Denison | Franklin | MI |
| P35106 | Thomas | Derderian | Okemos | MI |
| P32633 | Peter | DeRose | East Lansing | MI |
| P75672 | Yashmeen | Desai | Framingham | MA |
| P12703 | Jon | Desenberg | Ann Arbor | MI |
| P58115 | Mark | Dey | Aurora | ON, Canada |
| P80561 | Alfred | DiIorio | Canton | MI |
| P12781 | Joseph | Dillon | Grosse Pointe Woods | MI |
| P35516 | John | Dinatale | Allen Park | MI |
| P77652 | Todd | Dishman | Pittsburgh | PA |
| P84677 | Lauren | Donaldson | Plymouth | MI |
| P22927 | Joel | Dorf | Warren | MI |
| P80980 | Richard | Dorfman | Boca Raton | FL |
| P72270 | Rochelle | Dorn-Hayes | Dearborn | MI |
| P54909 | Kathleen | Dunne | Greenville | MI |
| P62235 | Ross | Dykman | New Orleans | LA |
| P34337 | R. | Elliott | Niles | MI |
| P75455 | Jennifer | Elmer | Grand Rapids | MI |
| P30160 | Mary | Falcone | Newport Beach | CA |
| P26126 | Cynthia | Falkenstein | Milan | MI |
| P13290 | Lawrence | Farber | Farmington Hills | MI |
| P85542 | Eli | Feasley | Detroit | MI |
| P59658 | Matthew | Feil | Traverse City | MI |
| P75508 | Karen | Feldman | Newport | MI |
| P42950 | Andrew | Ferguson | Flint | MI |
| P37270 | Gary | Field | Okemos | MI |
| P82048 | Charles | Filips | Washington | DC |
| P84680 | Karl | Fink | Winnetka | IL |
| P37979 | Sharon | FitzGerald | Toledo | OH |
| P79057 | Michael | Flynn | Denver | CO |
| P26370 | John | Frawley | Williamston | MI |
| P83062 | Michael | French | San Angelo | TX |

| | | | | |
|---|---|---|---|---|
| P70828 | Daniel | French | Niles | MI |
| P80903 | Benedict | Frey | Benton Harbor | MI |
| P51457 | Wayne | Frost | Detroit | MI |
| P13777 | Samuel | Gabriel | Long Beach | CA |
| P60057 | Heather | Gallavan | Henrico | VA |
| P77556 | Loren | Galloway | Sterling Heights | MI |
| P77665 | Jacqueline | Galofaro | Southfield | MI |
| P78192 | Timothy | Gamber | Romulus | MI |
| P73457 | Robert | Garcia | Elizabethtown | KY |
| P82284 | Jason | Garr | Ann Arbor | MI |
| P82707 | Dominic | Giacona | Auburn | NY |
| P13955 | Harry | Gibson | Detroit | MI |
| P75806 | Cortney | Gibson | West Bloomfield | MI |
| P82270 | Ashley | Glime | Ann Arbor | MI |
| P76890 | Jeremy | Goff | Grand Rapids | MI |
| P14083 | Albert | Golbert | Los Angeles | CA |
| P29857 | Douglas | Golden | Coconut Grove | FL |
| P42697 | Mark | Goldman | Scottsdale | AZ |
| P65527 | Jennifer | Gonzalez | Wyoming | MI |
| P75106 | Ruth | Goodboe | Birmingham | MI |
| P14209 | Ashley | Gorman | Southfield | MI |
| P23246 | Roy | Gotham | Inverness | FL |
| P79058 | Elizabeth | Gotham | Lansing | MI |
| P41580 | John | Grace | Rockford | MI |
| P70759 | Nicole | Graham | Winona Lake | IN |
| P78699 | Kevin | Gray | New Albany | OH |
| P76812 | Miles | Greengard | Grand Haven | MI |
| P34397 | Larry | Gropman | Canton | MI |
| P79422 | Renee | Gruber | Birmingham | MI |
| P48612 | Sherry | Gunderson-Schipper | Ada | MI |
| P46723 | Kathleen | Gusmano | Livonia | MI |
| P27769 | John | Guyselman | Lansing | MI |
| P30662 | Arthur | Haddrill | Las Vegas | NV |
| P78593 | Jessica | Haelewyn | Royal Oak | MI |
| P14516 | Walter | Hage | Warren | MI |
| P73642 | Konstantinos | Hagikiriakos | London | ON, Canada |
| P37952 | Stewart | Hakola | Marquette | MI |
| P23826 | Gregory | Hale | Allegan | MI |
| P73715 | Craig | Hallacher | Holly Springs | NC |
| P31019 | Mark | Hamilton | Ypsilanti | MI |
| P28923 | Steven | Hantler | Boca Raton | FL |
| P32936 | A. | Hantler | Boca Raton | FL |
| P52656 | Michael | Harrison | Bloomfield Hills | MI |

| | | | | |
|---|---|---|---|---|
| P35917 | David | Hasper | Saint Ignace | MI |
| P46168 | Mark | Hausner | Hamtramck | MI |
| P76497 | Amber | Hay | Washington | DC |
| P14769 | John | Hayes | Plymouth | MI |
| P33273 | Suzanne | Hayes | North Muskegon | MI |
| P14778 | James | Hayne | Hillsdale | MI |
| P76422 | Michael | Haynes | Chesterfield | MI |
| P84106 | Ryane | Hehemann | Decatur | IN |
| P14836 | Paul | Heil | Midland | MI |
| P74139 | Andrew | Heilala | Austin | TX |
| P62478 | Nancy | Heinrich | Royal Oak | MI |
| P62479 | Robert | Heinrich | Royal Oak | MI |
| P39021 | Ernest | Helms | Auburn Hills | MI |
| P27846 | Thomas | Herman | Grand Rapids | MI |
| P24744 | Maurice | Herskovic | Southfield | MI |
| P52995 | Edwin | Hettinger | Portage | MI |
| P70497 | Jennifer | Hetzel-Gaynor | Washington | DC |
| P69514 | James | Higgs | Mount Pleasant | MI |
| P23683 | Michael | Highfield | Ann Arbor | MI |
| P39414 | Georgia | Hill | Detroit | MI |
| P70516 | Lynnette | Hilliard | Oklahoma City | OK |
| P24412 | Hilda | Hirata | Grosse Pointe Park | MI |
| P66218 | Timothy | Holland | Grand Rapids | MI |
| P84129 | Bryan | Hughes | Naperville | IL |
| P55845 | Brian | Hull | Elkhart | IN |
| P23099 | Robert | Humbarger | Caledonia | MI |
| P81188 | Morry | Hutton | Birmingham | MI |
| P66322 | Lisa | Hwang | Carlsbad | CA |
| P80929 | Thomas | Hyatte | Lansing | MI |
| P67694 | Lakeysha | Ivy | Battle Creek | MI |
| P51252 | Laura | James | South Lyon | MI |
| P78769 | Nadine | Jamil | Royal Oak | MI |
| P26136 | James | Jannetta | La Conner | WA |
| P40887 | M. | Jeffrey | Ann Arbor | MI |
| P58823 | Timothy | Jervis | Orchard Lake | MI |
| P85656 | David | Johnson | Grand Rapids | MI |
| P71417 | Colleen | Johnson | Dearborn | MI |
| P78121 | Rodney | Johnson | Birmingham | MI |
| P82516 | Jonathan | Jones | Troy | MI |
| P26873 | Anne | Jones | Southfield | MI |
| P44183 | Kyle | Jones | Auburn Hills | MI |
| P84062 | Sean | Jong | Lansing | MI |
| P15608 | Roger | Joseph | Harper Woods | MI |

| | | | | |
|---|---|---|---|---|
| P39924 | Richard | Joseph | Charlevoix | MI |
| P80723 | Angela | Kaku | Chicago | IL |
| P86088 | Samuel | Kane | Lansing | MI |
| P71663 | Marvin | Karana | Southfield | MI |
| P40002 | Mitchell | Karas | Flushing | MI |
| P40761 | Martin | Karo | Saint Augustine | FL |
| P34793 | John | Keenan | Redford | MI |
| P38577 | Janet | Keenan | Redford | MI |
| P15791 | Ronald | Kefgen | Grosse Pointe Farms | MI |
| P83418 | Evan | Keimach | East Lansing | MI |
| P74015 | Amy | Keller | Chicago | IL |
| PL1060 | Janet | Kelley | Grand Rapids | MI |
| P49297 | Cynthia | Kelly | Chicago | IL |
| P57562 | Samuel | Kelly | Ann Arbor | MI |
| P85353 | Alissa | Kelso | Canton | MI |
| P31460 | Dennis | Kemmer | Jacksonville | FL |
| P33198 | Keith | Kerwin | Lansing | MI |
| P74042 | Brandon | Kessinger | Elizabethtown | KY |
| P78191 | Shannon | Keyes | Boston | MA |
| P81841 | Elizabeth | Khalil | Chicago | IL |
| P47713 | Karen | Kircher | Chicago | IL |
| P38307 | Michael | Kleaveland | Muskegon | MI |
| P35937 | Janet | Knaus | Grand Rapids | MI |
| P56793 | Ellen | Kohler | College Park | MD |
| P16133 | Leonard | Koltonow | Bloomfield Hills | MI |
| P31030 | David | Kovac | Bath | MI |
| P84116 | Alan | Krantz | Royal Oak | MI |
| P23067 | Steven | Kreuger | Grand Rapids | MI |
| P29068 | Blake | Krueger | Grand Rapids | MI |
| P56643 | Kris | Krueger | Auburn Hills | MI |
| P16273 | Michael | Krut | Bloomfield Hills | MI |
| P56595 | Shalina | Kumar | Flint | MI |
| P23316 | Roger | La Rose | Bloomfield Hills | MI |
| P78147 | Amy | Labenz | Detroit | MI |
| P32271 | Leon | LaBrecque | Troy | MI |
| P36751 | Thomas | LaCross | Alpena | MI |
| P22878 | Thomas | Lazar | West Bloomfield | MI |
| P30467 | Patricia | Lazzio | Flint | MI |
| P39795 | Marcia | Ledford | Ypsilanti | MI |
| P74433 | Jacob | Lehman | Trumansburg | NY |
| P83396 | Geoffrey | Leonard | New York | NY |
| P16564 | Richard | Leonard | Grand Rapids | MI |
| P16570 | William | Leser | Bay City | MI |

| ID | First | Last | City | State |
|---|---|---|---|---|
| P16604 | Joseph | Levin | Detroit | MI |
| P47362 | John | Lewis | Saint Clair Shores | MI |
| P39420 | Gerald | Lievois | Bloomfield Hills | MI |
| P62577 | Elizabeth | Livingston De Calderon | New Orleans | LA |
| P40505 | Brian | Lonnerstater | Novi | MI |
| P35113 | Cheryl | Lord | Bloomfield Hills | MI |
| P28198 | Robert | Lorente | Northville | MI |
| P36152 | Lawrence | Luchi | New Hudson | MI |
| P30021 | John | Lukes | Clio | MI |
| P33524 | Marc | Mabin | East Lansing | MI |
| P74543 | Christopher | Machnacki | Farmington | MI |
| P31173 | Michael | Mack | Alpena | MI |
| P81764 | Amy | Mader | South Bend | IN |
| P16999 | Jonathan | Maire | East Lansing | MI |
| P26666 | Michael | Makinen | Hubbell | MI |
| P76895 | Michael | Manahan | Toledo | OH |
| P17042 | Seymour | Mandell | Southfield | MI |
| P31136 | Edward | Marko | Phoenix | AZ |
| P27297 | Edmund | Marroso | Brighton | MI |
| P85521 | Cassi | Martin | Yardley | PA |
| P67100 | Erin | Martin | East Lansing | MI |
| P42700 | Randy | Martinuzzi | Jacksonville | FL |
| P82836 | Samuel | Mass | Livonia | MI |
| P33001 | Gail | Massad | Millersburg | MI |
| P36020 | Dan | Mastromarco | Arnold | MD |
| P42902 | Angela | Maynard Shovein | Lakewood | OH |
| P70053 | Diana | McBroom | Detroit | MI |
| P17267 | Robert | McCall | Estero | FL |
| P17282 | Charles | McCarter | Davison | MI |
| P47270 | Cheryl | McClenic | Pontiac | MI |
| P44331 | Douglas | McClure | Chelsea | MI |
| P78345 | Rebecca | McCluskey | Spring Arbor | MI |
| P50964 | Ann | McElligatt | Waterford | MI |
| P33879 | Patrick | McGannon | Laredo | TX |
| P63232 | Bonnie | McInerney-Slater | Clay | MI |
| P17449 | Kenneth | McIntyre | Okemos | MI |
| P29544 | Michael | McManus | Detroit | MI |
| P44648 | Dale | McPherson | Livonia | MI |
| P68788 | Marc | Melamed | West Bloomfield | MI |
| P30832 | Michael | Mestelle | White Pigeon | MI |
| P23536 | Patrick | Meter | Saginaw | MI |
| P56601 | Tobin | Miller | Grand Ledge | MI |

| P25853 | Jeanne | Mirer | New York | NY |
|---|---|---|---|---|
| P17830 | Henry | Mitchell | Troy | MI |
| P31031 | William | Mitchell | Marietta | GA |
| P32681 | L. | Mock | Lansing | MI |
| P76527 | Heather | Moilanen-Miller | Tucson | AZ |
| P78186 | Pete | Monismith | Pittsburgh | PA |
| P68977 | Tiffiny | Montenegro | Cassopolis | MI |
| P50949 | Lane | Montz | Toledo | OH |
| P27304 | Michael | Moquin | Haslett | MI |
| P86160 | Emily | Morrison | Grand Rapids | MI |
| P82714 | Adam | Motycka | Toledo | OH |
| P42583 | Bradley | Mrozinski | Saginaw | MI |
| P34132 | Rosetta | Mullen | Clinton Township | MI |
| P81613 | Sundeep | Mutgi | Hudson | OH |
| P60500 | Daya | Naef | Daphne | AL |
| P74129 | Jeremy | Nastoff | Escanaba | MI |
| P63070 | Lucinda | Newberry | Chicago | IL |
| P40946 | Alexandra | Nicholaides | Detroit | MI |
| P52900 | Debra | Nolan | Port Saint Lucie | FL |
| P60450 | Thomas | Noonan | Canton | MI |
| P26289 | Victor | Norris | Bloomfield Hills | MI |
| P70056 | Thomas | Novack | Westerville | OH |
| P74132 | Collin | Nyeholt | Okemos | MI |
| P32093 | Michael | O'Bey | Detroit | MI |
| P25205 | Phillip | O'Brien | Southfield | MI |
| P53629 | Gorgis | Odish | Farmington Hills | MI |
| P86103 | Timothy | O'Gorman | Chicago | IL |
| P25307 | Brian | O'Hara | Troy | MI |
| P43349 | Joseph | O'Leary | Lanse | MI |
| P32294 | Deborah | Olson | Detroit | MI |
| P81335 | Richard | Olszewski | Boston | MA |
| P56414 | Katharine | Omansiek | Livonia | MI |
| P26480 | Patrick | O'Neil | Livonia | MI |
| P35028 | James | O'Neill | Rochester Hills | MI |
| P81145 | Jeremy | Orr | Chicago | IL |
| P58694 | Emmanuel | Oshiyoye | Farmington Hills | MI |
| PL1029 | Andrew | Osterbrock | Freeland | MI |
| P60121 | Bree | Packer-Hoski | Marine City | MI |
| P59756 | Lori | Paese | Rochester | MI |
| P62952 | Louise | Paris | Canton | MI |
| P71525 | Anthony | Paris | Detroit | MI |
| P36954 | Margaret | Patterson | Lansing | MI |
| P31092 | Ronald | Paul | Grand Rapids | MI |

| | | | | |
|---|---|---|---|---|
| P52034 | Robert | Pearlman | Southfield | MI |
| P67707 | Anthony | Penna | Sterling Heights | MI |
| P76891 | Aixa | Perez Mink | San Juan | PR |
| P84167 | Phillip | Perkins | Plantation | FL |
| P71146 | Anthen | Perry | Chicago | IL |
| P43972 | Michael | Peseski | Chesterfield | MI |
| P42136 | George | Peters | Auburn Hills | MI |
| P34667 | Maria | Petito | Detroit | MI |
| P38191 | Paul | Pfister | Grand Haven | MI |
| P65560 | Wayne | Philips | Laguna Niguel | CA |
| P56492 | Christine | Piatkowski | Brighton | MI |
| P33584 | David | Piontkowsky | Oakland Park | FL |
| P55571 | Brian | Place | Belmont | MI |
| P32595 | Elizabeth | Podolske | Detroit | MI |
| P19027 | Kenneth | Post | Zeeland | MI |
| P74985 | Lee | Powell | Mooresville | NC |
| P70419 | Richard | Primus | Ann Arbor | MI |
| P23742 | Robert | Quail | Beverly Hills | MI |
| PL1094 | Alessa | Quinones-Ortiz | Grand Rapids | MI |
| P74879 | Elizabeth | Quinto | Cambridge | ON, Canada |
| P39839 | Lawrence | Radden | Redford | MI |
| P24884 | Robert | Radnick | Grosse Pointe Woods | MI |
| P78631 | Benjamin | Raffel | North Bethesda | MD |
| P73186 | Khalil | Rahal | Detroit | MI |
| P36410 | John | Ramar | Troy | MI |
| P32648 | Teresa | Rea | Washington | DC |
| P64933 | Adam | Reames | Lansing | MI |
| P83861 | Brandon | Reed | Battle Creek | MI |
| PL1056 | Claire | Reichstein | Troy | MI |
| P61157 | Kacee | Reid | East Lansing | MI |
| P63965 | Joseph | Rejano | Chicago | IL |
| P30592 | Michael | Reynolds | Detroit | MI |
| P36479 | Mark | Rheaume | Troy | MI |
| P67744 | Mara | Richardson | Ann Arbor | MI |
| P82386 | Scott | Richburg | Washington, DC | DC |
| P56071 | Alvin | Rightler | Brighton | MI |
| P77730 | Michael | Rock | Berkley | MI |
| P49065 | Stephen | Rockman | Grand Haven | MI |
| P81606 | Maricella | Rodriguez | Peoria | AZ |
| P40414 | Lisa | Roffman | Surprise | AZ |
| P56715 | Cheryl | Rogers | Northampton | MA |
| P80375 | Gino | Roncelli | Sterling Heights | MI |
| P55763 | Jean | Rosella | Ann Arbor | MI |

| | | | | |
|---|---|---|---|---|
| P79020 | Jordan | Rossen | Bloomfield Hills | MI |
| P83241 | Steven | Rouse | Chicago | IL |
| P49102 | Christopher | Royce | Chelsea | MI |
| P19745 | James | Rucker | Detroit | MI |
| P39008 | Shelley | Ruckman | Manchester | MI |
| P72577 | Erika | Ruskin | Bloomfield Hills | MI |
| P56067 | David | Rutkowski | Birmingham | MI |
| P34785 | Michael | Ryan | Auburn Hills | MI |
| P55073 | Randy | Ryan | Columbus | OH |
| P39078 | Reynolds | Saddler | East Lansing | MI |
| P19831 | Clifford | Sadler | Grosse Pointe Shores | MI |
| P24917 | Kenneth | Safran | Brighton | MI |
| P63288 | John | Salemi | Saint Johns | MI |
| P56181 | Michelle | Sanchez | Overland Park | KS |
| P23468 | Ira | Saperstein | Farmington Hills | MI |
| P38143 | William | Sargent | The Villages | FL |
| P77732 | Rosalyn | Savage | Milan | MI |
| P53915 | Jeanne | Scherlinck | Saint Clair Shores | MI |
| P19995 | Kay | Schloff | Southfield | MI |
| P65901 | Randal | Schmidt | Plymouth | MI |
| P85863 | Michael | Schneider | West Bloomfield | MI |
| P20077 | S. | Schubiner | Santa Monica | CA |
| P47478 | Halford | Schuhmacher | Marathon | FL |
| P49491 | James | Schuller | Toledo | OH |
| P70601 | Matthew | Schwartz | Vienna | VA |
| P27055 | Stephen | Seman | Saginaw | MI |
| P69575 | Sadia | Shakir | Canton | MI |
| P73120 | Traci | Shaver | Warren | MI |
| P66083 | Joshua | Sheffer | Grand Rapids | MI |
| P47140 | Judith | Shenkman | Glencoe | IL |
| P31572 | Candyce | Sherman | West Bloomfield | MI |
| P80840 | Michael | Shpunt | Chicago | IL |
| P20514 | John | Simpson | Ann Arbor | MI |
| P53707 | James | Sloat | San Francisco | CA |
| P22872 | David | Smith | Boones Mill | VA |
| P65567 | Vicky | Smith | Interlochen | MI |
| P20749 | David | Snyder | Southfield | MI |
| P20815 | Herbert | Sparrow | Detroit | MI |
| P77782 | Michael | Spencer | Colorado Springs | CO |
| P20840 | Robert | Spier | Macomb | MI |
| P48213 | Marcy | Spitz | Southfield | MI |
| P75323 | Daniel | Stahl | Saint Clair Shores | MI |
| P69242 | Shannon | Stahlin | Ann Arbor | MI |

| | | | | |
|---|---|---|---|---|
| P47682 | Jeffrey | Starman | Ann Arbor | MI |
| P24506 | William | Staugaard | Rochester Hills | MI |
| P26247 | Michael | Stein | Birmingham | MI |
| P58046 | Robin | Stephens | Ann Arbor | MI |
| P34500 | Daniel | Stephenson | Raleigh | NC |
| P35153 | David | Stevens | Castle Rock | CO |
| P78343 | Timothy | Stevenson | Estero | FL |
| P48575 | Radovan | Stipanovic | Vienna | VA |
| P71465 | Michael | Story | Williamston | MI |
| P23055 | Lawrence | Strauss | North Hollywood | CA |
| P34647 | John | Strayer | Fenton | MI |
| P34457 | Laurie | Strong | Grand Rapids | MI |
| P41412 | Ann | Stuursma | Grand Rapids | MI |
| P55805 | Brian | Sullivan | Cincinnati | OH |
| P40644 | George | Summerfield | Chicago | IL |
| P25759 | Thomas | Swanson | Roscommon | MI |
| P74757 | Alina | Syed | Cincinnati | OH |
| P80150 | Lilyan | Talia | East Lansing | MI |
| P60240 | Wilson | Tanner | Ann Arbor | MI |
| P27069 | Philip | Tannian | Grosse Pointe Farms | MI |
| PL1040 | Laurie | Tannous | Detroit | MI |
| P44805 | Benjamin | Tauber | Solana Beach | CA |
| P35032 | Jeffrey | Thomas | Bonita Springs | FL |
| P63985 | William | Thrall | Philadelphia | PA |
| P71562 | Kristoffer | Tieber | Lansing | MI |
| P58578 | Julie | Timmer | Ann Arbor | MI |
| P76178 | Krystale | Timmons | New Braunfels | TX |
| P67854 | Matthew | Tingstad | Bessemer | MI |
| P58586 | Dirk | Tischer | Davidson | NC |
| P45586 | Carolyn | Tisdale | West Bloomfield | MI |
| P42167 | Michael | Tofteland | Birmingham | MI |
| P85864 | Maria | Toma | Detroit | MI |
| P30561 | Barbara | Tronstein | AUBURN HILLS | MI |
| P25473 | Judith | Turner | Detroit | MI |
| P83533 | Twanda | Turner-Hawkins | Tyrone | GA |
| P26036 | Gary | Tyler | Bath | MI |
| P54995 | Shilpa | Upadhye | Chicago | IL |
| P21697 | Stephen | Valentine | West Bloomfield | MI |
| P38913 | Anne | Van Ash | Grosse Pointe Park | MI |
| P80090 | Jeffrey | Van Assche | Dearborn | MI |
| P73054 | Edith | Van Putten | Ann Arbor | MI |
| P69833 | Shanna | Vann | Redford | MI |
| P70642 | Kimberly | Vann | Detroit | MI |

| | | | | |
|---|---|---|---|---|
| P41436 | Timothy | VerHey | Grand Rapids | MI |
| P54190 | Kris | Vezner | Chicago | IL |
| P71384 | Aaron | Vidmar | Chicago | IL |
| P81699 | Olivia | Vizachero | Detroit | MI |
| P46534 | Jana | Vollink | Lansing | MI |
| P21904 | Clement | Waldmann | Troy | MI |
| P69334 | Stacy | Wallace | Lansing | MI |
| P74372 | Frances | Walters | Ann Arbor | MI |
| P47776 | Stephen | Walzak | Fort Pierce | FL |
| P63940 | Joycelyn | Ward | Detroit | MI |
| P79688 | Franchella | Washington | Harper Woods | MI |
| P37543 | Warren | Waterman | Taylor | MI |
| P32124 | John | Weins | Ypsilanti | MI |
| P73384 | Michael | Weisenbach | Edwardsville | IL |
| P32752 | C. Lynn | Wells | Novi | MI |
| P61094 | Jason | Welsh | Detroit | MI |
| P78049 | Christopher | Wen | Chandler | AZ |
| P75162 | Mark | Wheeler | Chicago | IL |
| P76751 | Tiffany | Wheeler | Detroit | MI |
| P22266 | Robert | White | Decatur | MI |
| P68821 | Garrick | White | Waterville | OH |
| P46968 | Matthew | Wigent | Sylvan Lake | MI |
| P39118 | Amos | Williams | Lexington | MI |
| P72697 | Janet | Williamson | Hazel Park | MI |
| P22379 | Raymond | Willis | Detroit | MI |
| P60134 | E. | Wilson | Troy | MI |
| P66175 | Kathleen | Winkler | Livonia | MI |
| P71558 | Todd | Wiseley | Northville | MI |
| P58912 | Michael | Witt | Fenton | MI |
| P42407 | Jeffrey | Wojnecka | Shelby Township | MI |
| P54072 | Allison | Woll | Birmingham | MI |
| P82138 | Teresa | Womble | Wyoming | MI |
| P54788 | Matthew | Wrigley | Chicago | IL |
| P75748 | Courtney | Wylie | Los Angeles | CA |
| P79861 | Mallory | Yaldo | New Boston | MI |
| P54746 | Norman | Yatooma | Bloomfield Hills | MI |
| P84868 | Hubert | Yi | Madison Heights | MI |
| P75990 | Monica | Yvonne | Toledo | OH |
| P26041 | William | Zick | Ann Arbor | MI |
| P25801 | Paula | Zimmer | Warren | MI |