MIED (Rev. 03/2022) Notice of Reciprocal Suspension

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FILED**
MAY 16 2023
CLERK'S OFFICE
DETROIT

In Re

Patricia Cade,

Case No. 2:23-mc-50407-SFC

Hon. Sean F. Cox

### NOTICE OF RECIPROCAL SUSPENSION FOR NON-PAYMENT OF DUES

This Court is in receipt of a notice from the State Bar of Michigan that in accordance with Rule 4 of the Supreme Court Rules, the above attorney was administratively suspended for non-payment of dues, effective 2/14/2023.

Federal Local Rule 83.22(g)(4) states that:

"An attorney who is suspended for nonpayment of dues to the State Bar of Michigan or any other bar association on which the attorney's admission to practice in this court may be based will be automatically suspended in this court without any action by the Court other than written notice to the attorney. On receipt of notice that the attorney has been reinstated for payment of dues and penalties and payment of the Court's attorney renewal fee, the attorney will be automatically reinstated in this court."

---

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD.-ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

METROPLEX MI 480
27 MAR 2023 PM 16



US POSTAGE
ZIP 48226  $ 000
02 4W
0000350492 MAR 2?

**Patricia L. Cade**
**1575 E. Lafayette, Suite 211**
**Detroit, MI 48207**

NIXIE      482   DE  1         0005/10/23
                RETURN TO SENDER
                NO SUCH NUMBER
                UNABLE TO FORWARD

BC: 48226271839    *2490-06495-27-43